BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,<br><br>           Defendants. | Case No. 1:13−CV−00967 AWI−JLT<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER<br><br>(Doc. 20) |

Plaintiff Richard Nuwintore ("Plaintiff"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, that the deadline for the United States to respond to the complaint will be on or before November 18, 2013.

The parties base this stipulation on good cause, which includes the need for the United States to review the allegations in the complaint and respond accordingly.  The parties agree that this short extension of the time for the United States to respond will not cause any prejudice to the parties.

///

///

///

///

1  Accordingly, the parties stipulate and agree to continue the time for the United States to file a
2  responsive pleading to the complaint to on or before November 18, 2013, and base it on the
3  above-stated good cause.  The parties request the court to endorse this stipulation by way of formal
4  order.

                                            Respectfully submitted,

Dated:  November 7, 2013           BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY


                                   /s/Alyson A. Berg
                                   Alyson A. Berg
                                   Assistant United States Attorney
                                   Attorney for Defendant United States of America


Dated:  November 7, 2013           FELDMAN AND WALLACH

                                   (As authorized 11/07/13)
                                   /s/Ian Michael Wallach
                                   Ian Michael Wallach
                                   Attorneys for Plaintiff Richard Nuwintore


Dated:  November 7, 2013           BURKE, WILLIAMS & SORENSEN LLP

                                   (As authorized 11/07/13)
                                   /s/Susan E. Coleman
                                   Susan E. Coleman
                                   Attorney for Defendant Management & Training
                                   Corporation (MTC)


**ORDER**

Having reviewed the stipulation submitted the parties, the court hereby extends the time for the United States' to respond to the complaint to on or before November 18, 2013.

IT IS SO ORDERED.

   Dated:   **November 7, 2013**                /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE