BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>MANAGEMENT & TRAINING<br>CORPORATION; and JOHN DOES 1-9,<br><br>    Defendants. | Case No. 1:13−CV−00967 AWI−JLT<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER<br><br>(Doc. 24) |

  Plaintiff Richard Nuwintore ("Plaintiff"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, that the deadline for the United States to respond to the First Amended Complaint will be on or before December 24, 2013.

  The parties base this stipulation on good cause, which includes the need for the United States to review the allegations in the First Amended Complaint and respond accordingly. The parties agree that this short extension of the time for the United States to respond will not cause any prejudice to the parties.

///

///

///

///

Accordingly, the parties stipulate and agree that the time for the United States to file a responsive pleading to the First Amended Complaint to on or before December 24, 2013, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: December 2, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America

Dated: November 29, 2013

FELDMAN AND WALLACH

(As authorized 11/29/13)
/s/Ian Michael Wallach
Ian Michael Wallach
Attorneys for Plaintiff Richard Nuwintore

Dated: November 29, 2013

BURKE, WILLIAMS & SORENSEN LLP

(As authorized 11/29/13)
/s/Susan E. Coleman
Susan E. Coleman
Attorney for Defendant Management & Training Corporation (MTC)

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the United States' to respond to the First Amended Complaint to on or before December 24, 2013.

IT IS SO ORDERED.

Dated:   **December 3, 2013**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE