UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD NUWINTORE,** | **CASE NO. 1:13-CV-967 AWI JLT** |
| **Plaintiff** | |
| **v.** | **ORDER MOVING HEARING FROM JANUARY 13, 2014 TO JANUARY 27, 2014** |
| **UNITED STATES OF AMERICA, MANAGEMENT & TRAINING CORPORATION, and DOES 1-9,** | (Doc. Nos. 27, 28) |
| **Defendants** | |

Currently set for hearing and decision on January 13, 2014, is Defendant Management & Training Corp.'s motion to dismiss and motion to strike. Defendant the United States has also filed a motion to dismiss, but hearing on that motion is set for January 27, 2014. The Court finds that it is more efficient and desirable for all motions to be heard on the same date. The Court will move the January 13, 2014 hearing to January 27, 2014.

Accordingly, IT IS HEREBY ORDERED that the January 13, 2014 hearing is VACATED and RESET to January 27, 2013 at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   January 9, 2014                                    _____
                                                                             SENIOR  DISTRICT  JUDGE