BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; ) <br> MANAGEMENT & TRAINING ) <br> CORPORATION; and JOHN DOES 1-9, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:13−CV−00967 AWI−JLT <br><br> STIPULATION FOR EXTENSION OF HEARING DATE;  ORDER |

Plaintiff Richard Nuwintore ("Plaintiff"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the hearing on the United States' Motion to Dismiss currently set for January 27, 2014 at 1:30 p.m. to February 3, 2014 at 1:30 p.m.  The parties base this stipulation on good cause as the United States seeks additional time to respond to the issues in the

///
///
///
///
///
///
///

Opposition. No dates have been set in this action. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: January 14, 2014         BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY


                                /s/Alyson A. Berg
                                Alyson A. Berg
                                Assistant United States Attorney
                                Attorney for Defendant United States of America


Dated: January 14, 2014         FELDMAN AND WALLACH


                                (As authorized 01/14/2014)
                                /s/Ian Michael Wallach
                                Ian Michael Wallach
                                Attorneys for Plaintiff Gregory Edison

Dated: January 14, 2014         BURKE, WILLIAMS & SORENSEN LLP

                                (As authorized 01/14/2014)
                                /s/Susan E. Coleman
                                Susan E. Coleman
                                Attorney for Defendants The GEO Group, Inc.
                                and Management & Training Corporation (MTC)

**ORDER**

Having reviewed the stipulation submitted by the parties, the court continues the hearing on the United States' motion to dismiss to from January 27, 2014 to February 3, 2014 @ 1:30 P.M.

IT IS SO ORDERED.

Dated:   January 16, 2014                    _____
                                             SENIOR DISTRICT JUDGE