UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD NUWINTORE,** | **CASE NO. 1:13-CV-0967 AWI JLT** |
| Plaintiff | **ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE JENNIFER L. THURSTON** |
| v. | |
| **UNITED STATES OF AMERICA; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,** | **ORDER VACATING FEBRUARY 3, 2014 HEARING DATE** |
| Defendants, | |

Plaintiff alleges that prison officials violated his civil rights while Plaintiff was incarcerated. Plaintiff is represented by counsel. Defendant United States has filed a motion to dismiss the complaint. The motion has been sent for hearing before the undersigned on February 3, 2014. The Court has reviewed the pending motion. The Court finds that the pending motion should be referred to Magistrate Judge Jennifer L. Thurston pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72 for the entry of Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Magistrate Judge Jennifer L. Thurston;

2. The February 3, 2014 hearing before the undersigned is VACATED; and

3. In the event Magistrate Judge Jennifer L. Thurston desires a hearing on the pending motion, Magistrate Judge Jennifer L. Thurston's Chambers will contact the parties and set a hearing date at Magistrate Judge Jennifer L. Thurston convenience.

IT IS SO ORDERED.

Dated:  January 31, 2014

SENIOR DISTRICT JUDGE

2