# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and MANAGEMENT & TRAINING CORPORATION,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00967 - AWI - JLT<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT MANAGEMENT & TRAINING CORPORATION'S MOTION TO DISMISS<br><br>(Docs. 27, 46) |

　　Defendant Management & Training Corporation ("MTC") seeks to dismissal of the Fourth and Fifth Causes of action for premises liability and negligence made by Plaintiff Richard Nuwintore in his First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 27.) On March 14, 2014, the Magistrate Judge found Plaintiff carried his burden to state facts sufficient to support his claims. (Doc. 46 at 4-7.) Accordingly, the Magistrate Judge recommended MTC's motion to dismiss be denied. (Id. at 7.)

　　The parties were granted fourteen days from the date of service, or until March 28, 2014 to file objections to the Findings and Recommendations. (Doc. 46 at 7.) Although the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order," (id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)), no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the action.

Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed March 14, 2014 (Doc. 46) are **ADOPTED IN FULL**; and

2. Defendant's motion to dismiss (Doc. 27) is **DENIED**.

IT IS SO ORDERED.

Dated:   April 2, 2014

SENIOR   DISTRICT   JUDGE