# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9,<br><br>     Defendants. | CASE NO. 1:13-CV-00967-AWI-JLT<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER STAYING PLAINTIFF'S OBLIGATION TO FILE ITS OPPOSITION TO USA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT |

**IT IS HEREBY ORDERED** that the Plaintiff's obligation to respond to the Motion To Dismiss The Second Amended Complaint brought by the United States of America is stayed until after the Court has issued its Order regarding the Magistrate's FINDINGS and RECOMMENDATIONS Granting the Motion to Dismiss the First Amended Complaint Brought by the United States of America (Dkt. 47).   As such, the United States' motion to dismiss is hereby moved to July 21, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   May 22, 2014                           _____
                                                                                   SENIOR DISTRICT JUDGE