# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD NUWINTORE,** | **CASE NO. 1:13-CV-0967 AWI JLT** |
| **Plaintiff** | **ORDER VACATING JULY 21, 2014 HEARING DATE.** |
| v. | |
| **UNITED STATES OF AMERICA, MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 - 9,** | |
| **Defendants** | |

Plaintiff's motion for entry of final judgment as to Defendant United States of America has been set for hearing in this case on July 21, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21, 2014, is VACATED, and the parties shall not appear at that time. As of July 21, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 17, 2014                                          _____
                                                                                SENIOR DISTRICT JUDGE