UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 1:13-cv-00967-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MID STATUS DISCOVERY CONFERENCE**<br><br>(Doc. 73) |

Before the Court is the stipulation of the parties to continue the mid-discovery status conference. (Doc. 73) The parties base this request on the fact that they are awaiting a determination of the Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54 as to the United States. Id.

Good cause appearing, the Court GRANTS the stipulation. The mid-discovery status conference is continued to November 20, 2014 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __August 25, 2014__          /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE