PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA;<br>MANAGEMENT AND TRAINING<br>CORPORATION,<br><br>　　　　Defendants. | Case No. 1:13-cv-00967-AWI-JLT<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>**(Doc. 95)** |

　　　Plaintiff Richard Nuwintore ("Plaintiff"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the Status Conference approximately thirty (30) days to allow for the Ninth Circuit's Opinion in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546 to be finalized.

　　　The parties base this stipulation on good cause, which includes that on July 19, 2016, the United States filed a petition for rehearing in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546. If granted on any or all the bases raised in the United States' petition, this could affect the amendments proposed by plaintiff or whether and to what extent the United States is obligated to answer an amended complaint. Accordingly, the parties request the status conference be continued

1  approximately thirty (30) days to allow for a ruling on the pending petition.

2       Based on the showing of good cause stated above, the parties stipulate to continue the

3  Status Conference on August 8, 2016 to September 7, 2016 and Joint Status Report deadline on

4  August 1, 2016 to August 31, 2016.

5  DATED: July 27, 2016              FELDMAN & WALLACH, LLP

6                                            (As authorized 7/27/2016)
7                                            */s/ Ian Wallach*
                                          IAN WALLACH
8                                            JASON FELDMAN
                                          Attorneys for Plaintiff, Gregory Edison

9
10  DATED: July 27, 2016             BURKE, WILLIAMS & SORENSEN, LLP

11                                           (As authorized 7/27/2016)
                                         */s/ Susan E. Coleman*
12                                           KRISTINA GRUENBERG
                                         SUSAN E. COLEMAN
13                                           Attorneys for Defendant,
                                         Management & Training Corporation
14
15  DATED: July 27 , 2016            PHILLIP A. TALBERT
                                         Acting United States Attorney

16                                           (As authorized 7/27/2016)
17                                           */s/ Alyson A. Berg*
                                         ALYSON A. BERG
18                                           Assistant United States Attorney
                                         Attorneys for Defendant,
19                                           United States of America

20                                 **[~~PROPOSED~~] ORDER**

21       Having reviewed the stipulation submitted by the parties and for good cause showing, the

22  status conference currently set for August 8, 2016 is hereby continued to **September 9, 2016** at

23  9:30 a.m.  The parties shall file a joint status report no later than **September 2, 2016.**

24

25

26  IT IS SO ORDERED.

27     Dated:   **July 27, 2016**                  **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE
28