1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

| RICHARD NUWINTORE, | Case No. 1:13-cv-00967-AWI-JLT |
|---|---|
| Plaintiff, | **ORDER GRANTING WITHDRAWL OF THE PLAINTIFF'S MOTION TO AMEND** |
| v. | (Doc. 111) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    The parties have agreed that the plaintiff may file a third amendment complaint. (Doc. 111 at 3-4) Thus, the plaintiff seeks to withdraw the motion to amend. (Doc.111) Consequently, the Court **ORDERS**:

    1.    The plaintiff's motion to withdraw the motion to amend the complaint (Doc. 111) is **GRANTED**. <u>No later than December 12, 2016</u>, the plaintiff **SHALL** file a third amended complaint;

    2.    The United States of America **SHALL** file a responsive pleading within 21 days after the filing of the third amended complaint. Because the third amended complaint makes no changes as to the defendant MTC, it need not file a responsive pleading.

IT IS SO ORDERED.

    Dated:   **December 8, 2016**                **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28