| | |
|---|---|
| Ian Wallach, SBN 237849 | PHILLIP A. TALBERT |
| Jason K. Feldman SBN 213386 | United States Attorney |
| FELDMAN & WALLACH | ALYSON A. BERG |
| 606 Venice Blvd., Suite C | Assistant United States Attorney |
| Venice, CA 90291 | 2500 Tulare Street, Suite 4401 |
| Telephone: (310) 577-2001 | Fresno, California 93721 |
| Fax: (310) 564-2004 | Telephone: (559) 497-4000 |
| ian@feldmanwallach.com | Facsimile: (559) 497-4099 |
| jason@feldmanwallach.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | United States of America |
| | |
| Raymond P. Boucher, SBN 115364 | Susan E. Coleman (SBN 171832) |
| *ray@boucher.la* | Kristina Gruenberg (SBN 268188) |
| Hermez Moreno, SBN 72009 | BURKE, WILLIAMS & SORENSEN, LLP |
| *moreno@boucher.la* | 444 South Flower Street, Suite 2400 |
| Milin Chun, SBN 262674 | Los Angeles, CA 90071-2953 |
| *chun@boucher.la* | Telephone: (213) 236-0600 |
| Brian M. Bush, SBN 294713 | Fax: (213) 236-2700 |
| *bush@boucher.la* | scoleman@bwslaw.com |
| BOUCHER LLP | |
| 21600 Oxnard Street, Suite 600 | Attorney for Defendant |
| Woodland Hills, CA 91367-4903 | Manangement & Training Corporation |
| Tel: (818) 340-5400 | |
| Fax: (818) 340-5401 | |
| | |
| Attorneys for Plaintiffs | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON, | Case No.  1:12-cv-02026-AWI-JLT |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINTS AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT AND TRAINING CORPORATION, | |
| Defendants. | **(Doc. 118)** |

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; MANAGEMENT AND TRAINING CORPORATION,<br><br>    Defendants. | Case No.  1:13-cv-00967-AWI-JLT |
| LOUIS C. DOMINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,<br><br>    Defendants. | Case No.  1:15-cv-00284-AWI-JLT |

Defendants United States and Management and Training Corporation (hereafter known as "Defendants"), and Plaintiffs Gregory Edison, Richard Nuwintore, and Louis Domingo (hereafter known as "Plaintiffs"), by and through their respective counsel, stipulate as follows:

On December 12, 2016, Plaintiffs filed their Amended Complaints[1] against the Defendants, the United States and its contractor, Management & Training Corporation (MTC). Pursuant to the court's orders, the United States shall file responsive pleadings by January 3, 2017 and MTC need not file responsive pleadings.  (ECF Nos. 107, 113, 55).

Due to a pre-planned vacation, federal holidays on December 26, 2016 and January 2, 2017, and to allow the parties to attempt to avoid a motion as the initial response, good cause

---

[1] Plaintiff Gregory Edison filed a First Amended Complaint (ECF No. 110), Plaintiff Richard Nuwintore filed a Third Amended Complaint (ECF No. 117), and Plaintiff Louis Domingo filed a Second Amended Complaint (ECF No. 58).

1 | exists to continue the response date for the United States from January 3, 2017 to and including
2 | February 2, 2017.[2]
3 |     Accordingly, Plaintiffs and Defendants hereby stipulate and agree as follows:
4 |     1.  The deadline for the United States to respond to the Amended Complaints shall be
5 | extended up to and including February 2, 2017.
6 |     2.  This stipulation will not alter the date of any event or any deadline already fixed by
7 | Court order.

DATED:  December 21, 2016        FELDMAN & WALLACH, LLP

        (As authorized 12/21/2016)
        */s/ Jason Feldman*
        IAN WALLACH
        JASON FELDMAN
        Attorneys for Plaintiffs, Gregory Edison, Louis C. Domingo, Richard Nuwintore

DATED:  December 21, 2016        BURKE, WILLIAMS & SORENSEN, LLP

        (As authorized 12/21/2016)
        */s/ Kristina Gruenberg*
        SUSAN E. COLEMAN
        KRISTINA GRUENBERG
        Attorneys for Defendant,
        Management & Training Corporation

DATED:  December 21, 2016        PHILLIP A. TALBERT
        United States Attorney

        */s/ Alyson A. Berg*
        ALYSON A. BERG
        Assistant United States Attorney
        Attorneys for Defendant,
        United States of America

---

[2] MTC does not oppose the agreement between plaintiffs and the United States regarding the date for the United States to respond to the amended complaints.

**[PROPOSED] ORDER**

Having reviewed the stipulation submitted by the parties and for good cause showing, the court hereby orders as follows:

1. The deadline for the United States to respond to the Amended Complaints shall be extended up to and including February 2, 2017.

2. This stipulation will not alter the date of any other event or any deadline already fixed by Court order.

IT IS SO ORDERED.

Dated: __December 22, 2016__          _____/s/ Jennifer L. Thurston_
                                              UNITED STATES MAGISTRATE JUDGE