1  McGREGOR W. SCOTT
   United States Attorney
2  ALYSON A. BERG
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>MANAGEMENT & TRAINING<br>CORPORATION; and JOHN DOES 1-9,<br><br>Defendants. | Case No. 1:13-cv-00967-AWI-JLT<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO SET SETTLEMENT<br>CONFERENCE AND MODIFYING<br>SCHEDULING ORDER TO EXTEND<br>TIME FOR EXPERT DISCOVERY**<br>(Doc. 127) |

Plaintiff Richard Nuwintore, and the Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties"), by and through their respective counsel, respectfully submit this stipulation and proposed order setting a settlement conference for March 5, 2018, and modifying the scheduling order to allow expert discovery to extend beyond the dates currently set in the scheduling order. All parties have been engaging in settlement discussions, and are interested in resolving the case without incurring further attorneys fees or costs. Therefore, the parties request the assistance of the Honorable Jennifer L. Thurston to resolve this case with a settlement conference at 10:00 a.m. on March 5, 2018, which date has been cleared with the Court.

///

Additionally, in an effort to focus on settlement negotiations, the parties, by and through their respective counsel, stipulate and respectfully request the brief continuation of the expert dates outlined below. The proposed date changes will not affect the October 30, 2018 trial date. The current and proposed schedules are provided below for the Court's reference.

|  | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Disclosures | 2/23/2018 | 3/09/18 |
| Defendants' Expert Disclosures | 3/9/2018 | 3/23/18 |
| Rebuttal Expert Disclosures | 3/23/2018 | 4/2/18 |

Respectfully submitted,

DATED: February 14, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney
Attorneys for Defendant,
United States of America

BOUCHER, LLP

*(As authorized 02/13/18)*
DATED: February 13, 2018      By: */s/Brian M. Bush/*
HERMEZ MORENO
RAYMOND PAUL BOUCHER
MILIN CHUN
BRIAN M. BUSH
Attorneys for Plaintiff

BURKE, WILLIAMS & SORENSEN LLP

*(As authorized 02/13/18)*
DATED: February 13, 2018      By: */s/Kristina D. Gruenberg*
KRISTINA D. GRUENBERG
Attorneys for Defendant MTC

STIPULATION AND [PROPOSED] ORDER TO SET SETTLEMENT CONFERENCE AND
MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY
*Nuwintore v. United States of America, et al.,* Case No. 1:13-cv-00967-AWI-JLT

2

**ORDER**

Based upon the stipulation counsel, the Court **ORDERS**:

1. The Court sets a settlement conference on March 5, 2018 at **1:30 p.m.**;

2. The case schedule is modified as follows:

    a. Plaintiff's expert disclosure: **March 9, 2018**;

    b. Defendants' expert disclosure: **March 23, 2018**;

    c. Plaintiff's rebuttal expert disclosure: **April 2, 2018**;

    d. Expert discovery deadline: **April 27, 2018**

IT IS SO ORDERED.

Dated: **February 15, 2018**         **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO SET SETTLEMENT CONFERENCE AND
MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY
*Nuwintore v. United States of America, et al.,* Case No. 1:13-cv-00967-AWI-JLT

3