<br>

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | RICHARD NUWINTORE, | ) Case No.: 1:13-cv-00967 - AWI - JLT |
| 12 | Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT ) WITH THE UNITED STATES OF AMERICA |
| 13 | v. | ) |
| 14 | UNITED STATES OF AMERICA, et al., | ) (Doc. 141) ) |
| 15 | Defendants. | ) ) |
| 16 | | ) |

17 The plaintiff reports he has settled the action with defendant United States of America. (Doc.
18 141) Thus, the Court **ORDERS**:

19 1. Plaintiff SHALL file a stipulation to dismiss or a motion to dismiss defendant United
20 States of America, as provided by Fed. R. Civ. P. 41, **no later than August 17, 2018**.

21 **The parties are advised that failure to comply with this order may result in the Court
22 imposing sanctions, including the dismissal of the action.**

23

24 IT IS SO ORDERED.

25 Dated: **June 14, 2018**             **/s/ Jennifer L. Thurston**
26                                                    UNITED STATES MAGISTRATE JUDGE

27
28