# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-0967-AWI- JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE THE UNITED STATES OF AMERICA AS A DEFENDANT<br><br>(Doc. 150) |

Richard Nuwintore, the United States of America, and Management & Training Corporation stipulated that "all claims by Richard Nuwintore against the United States as alleged in the Third Amended Complaint be dismissed with prejudice." (Doc. 150 at 1) Pursuant to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii).

Because all parties signed the stipulation, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate the United States of America as a defendant in the action.

IT IS SO ORDERED.

    Dated: __**August 13, 2018**__             __/s/ Jennifer L. Thurston__
                                                                        UNITED STATES MAGISTRATE JUDGE